THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Levardis Holiday,       
Appellant.
 
 
 

Appeal From Laurens County
James W. Johnson, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-229
Submitted January 29, 2003 - March 26, 
 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, 
 of Laurens; for Appellant.
Legal Counsel Tommy Evans, Jr.; Legal Counsel J. Benjamin 
 Aplin; Deputy Director for Legal Services Teresa A. Knox, of Columbia; for Respondent.
 
 
 

PER CURIAM:  Levardis Holiday appeals the 
 revocation of six months of his probation.  Holidays appellate counsel has 
 petitioned to be relieved as counsel, stating he has reviewed the record and 
 has concluded Holidays appeal is without merit.  The issue briefed by counsel 
 concerns whether the trial court judge abused his discretion in revoking Holidays 
 probation.  Holiday has not filed any materials on his own behalf.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Holidays appeal 
 and grant counsels motion to be relieved. [1] 
 APPEAL DISMISSED.
HEARN, C.J., and GOOLSBY and SHULER, 
 JJ., concur.

 
 [1]   Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.